IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                      )
AREDIA and ZOMETA PRODUCTS                  )
LIABILITY LITIGATION                        ) No. 3:06-MD-1760
                                            )


ORDER


Pending before the Court are Plaintiffs' Motion for Certification of a Dental Monitoring

Class (Docket No. 577) and Defendant's Motion to Strike Report of Plaintiffs' Expert, Paul

Mulholland, CPA, CVA (Docket No. 624).

The Court held a hearing on the Motions on October 5, 2007.  For the reasons stated in the

accompanying Memorandum, Plaintiffs' Motion (Docket No. 577) is DENIED, and Defendant's

Motion (Docket No. 624) is, therefore, moot.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE